AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

RECEIVED
JUN 27 2012
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

United States of America )
v. )
Robert Payne )  Case No: 3:00cr145
)  USM No: 11300-042
)
Date of Original Judgment: 12/14/2001 )
Date of Previous Amended Judgment: 07/21/2009 )  Greg Park
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **months is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/21/2009  shall remain in effect.
**IT IS SO ORDERED.**
Order Date:  6-25-2012

Judge's signature

Effective Date: _____        United States District Court Senior Judge Glen H. Davidson
*(if different from order date)*                Printed name and title